JOSE MARTINEZ

        Plaintiff,

v.

TRG OASIS LOWER (TOWER TWO), LTD.,
a Florida limited partnership, TRG OASIS
LOWER (TOWER TWO), LLC, a Florida
limited liability company, THE RELATED GROUP
OF MIAMI, INC., a Florida profit corporation,
JORGE M. PEREZ, ROBERTO ROCHAS,
MATHEW ALLEN, JEFFREY HOYOS, HELEN
WEINSTOCK, and GARY ARTHUR,

        Defendants.

_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Defendants, JORGE M. PEREZ, ROBERT ROCHAS, MATHEW ALLEN, JEFFREY

HOYOS, HELEN WEINSTOCK, and GARY ARTHUR, files their Certificate of Interested

Persons and Corporate Disclosure Statement, as follows:

1.)      the name of each person, attorney, association of persons, firm, law firm, partnership, and
corporation that has or may have an interest in the outcome of this action – including
subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own
10% or more of a party's stock, and all other identifiable legal entities related to any party in the
case:

        TRG OASIS LOWER (Tower Two), Ltd.
        c/o Edwards Angell Palmer & Dodge LLP
        1 North Clematis Street, Ste.  400
        West Palm Beach, FL  33401

TRG OASIS LOWER (Tower Two), LLC
c/o Edwards Angell Palmer & Dodge LLP
1 North Clematis Street, Ste. 400
West Palm Beach, FL 33401

TRG OASIS (Tower Two), Ltd.
c/o Edwards Angell Palmer & Dodge LLP
1 North Clematis Street, Ste. 400
West Palm Beach, FL 33401

TRG OASIS (Tower Two), LLC
c/o Edwards Angell Palmer & Dodge LLP
1 North Clematis Street, Ste. 400
West Palm Beach, FL 33401

The Related Group of Miami
c/o Edwards Angell Palmer & Dodge LLP
1 North Clematis Street, Ste. 400
West Palm Beach, FL 33401

Jorge Perez
c/o Edwards Angell Palmer & Dodge LLP
1 North Clematis Street, Ste. 400
West Palm Beach, FL 33401

Roberto Rocha
c/o Edwards Angell Palmer & Dodge LLP
1 North Clematis Street, Ste. 400
West Palm Beach, FL 33401

Matthew Allen
c/o Edwards Angell Palmer & Dodge LLP
1 North Clematis Street, Ste. 400
West Palm Beach, FL 33401

Angel Hernandez
c/o Edwards Angell Palmer & Dodge LLP
1 North Clematis Street, Ste. 400
West Palm Beach, FL 33401

Oscar Rodriguez
c/o Edwards Angell Palmer & Dodge LLP
1 North Clematis Street, Ste. 400
West Palm Beach, FL 33401

Jeffrey Hoyos
c/o Edwards Angell Palmer & Dodge LLP
1 North Clematis Street, Ste. 400
West Palm Beach, FL 33401

Helen Weinstock
c/o Edwards Angell Palmer & Dodge LLP
1 North Clematis Street, Ste. 400
West Palm Beach, FL 33401

Gary Arthur
c/o Edwards Angell Palmer & Dodge LLP
1 North Clematis Street, Ste. 400
West Palm Beach, FL 33401

Edwards Angell Palmer & Dodge LLP
1 North Clematis Street, Ste. 400
West Palm Beach, FL 33401

C. Cory Mauro, Esq.
c/o Edwards Angell Palmer & Dodge LLP
1 North Clematis Street, Ste. 400
West Palm Beach, FL 33401

Gary A. Woodfield, Esq.
c/o Edwards Angell Palmer & Dodge LLP
1 North Clematis Street, Ste. 400
West Palm Beach, FL 33401

Betsy Lu McCoy, Esq.
315 South Biscayne Boulevard
4th Floor
Miami, Florida 33131


2.)     the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3.)     the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

Bank of America as successor in interest to LaSalle Bank, N.A.

4.)     the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

**Counsel For Jorge M. Perez, Roberto Rochas, Mathew Allen, Jeffrey Hoyos, Helen Weinstock, And Gary Arthur,**

**EDWARDS ANGELL PALMER & DODGE LLP**

By     s/ Gary A. Woodfield
          Gary A. Woodfield
          Florida Bar No. 563102
          C. Cory Mauro
          Florida Bar No. 384739
          One North Clematis Street
          Suite 400
          West Palm Beach, FL 33401
          (561) 833-7700 - Telephone
          (561) 655-8719 – Facsimile
          E-mail: gwoodfield@eapdlaw.com
          Email:  cmauro@eapdlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2008, I have electronically filed the foregoing with the Clerk of the Court pursuant to Administrative Procedures for Filing in Civil and Criminal cases of the Southern District of Florida by using the CM/ECF system, which will send a notice of electronic filing to All Counsel on the attached Service List.

s/   Gary A. Woodfield
Gary A. Woodfield

**SERVICE LIST**

***Counsel for Plaintiff***
Jonathan H. Kline, Esq.
Jonathan Kline, P.A.
2761 Executive Park Drive
Weston, Florida 33331
Telephone:     1-954-659-1919
Facsimile:     1-954-659-9937
Email:          jonathan.kline@jklawfl.com

***Counsel for Defendant TRG Oasis Lower (Tower Two), LLC,***
***TRG Oasis (Tower Two), Ltd., LP, The Related Group***
***Of Miami, Inc.***
Betsy Lu McCoy, Esq.
Florida Bar No. 813036
315 S. Biscayne Boulevard, 4th Floor
Miami, Florida 33131
Telephone:  (305) 533-0043
Facsimile:  (305) 533-0086
Email:          bmccoy@relatedgroup.com