**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**
**Case No.: 2:08-CV-611-FtM-29SPC**

**JOSE MARTINEZ,**

       **PLAINTIFF(S),**

       **vs.**

**TRG OASIS LOWER (TOWER TWO), LTD.,**
**a Florida limited partnership, TRG OASIS**
**LOWER (TOWER TWO), LLC, a Florida limited**
**liability company, THE RELATED GROUP OF**
**MIAMI, INC., a Florida profit corporation,**
**JORGE M. PEREZ, ROBERTO ROCHAS,**
**MATHEW ALLEN, JEFFREY HOYOS, HELEN**
**WEINSTOCK, and GARY ARTHUR,**

       **DEFENDANT(S).**
_____/

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

JOSE MARTINEZ, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure,

hereby provide Notice of the Dismissal without Prejudice of all claims against TRG OASIS

LOWER (TOWER TWO), LTD., a Florida limited partnership, TRG OASIS LOWER (TOWER

TWO), LLC., a Florida limited liability company, THE RELATED GROUP OF MIAMI, INC., a

Florida corporation, JORGE M. PEREZ, ROBERTO ROCHAS, MATHEW ALLEN, JEFFREY

HOYOS, HELEN WEINSTOCK, and GARY ARTHUR.

**Jonathan Kline, P.A.  ●  Attorney at Law**
**2761 Executive Park Drive  ●  Weston, Florida  33331  ●  TEL (954) 659-1919  ●  FAX (954) 659-9937**

s/ Jonathan Harris Kline
By: Jonathan Kline, Esq.
Florida Bar No.: 6092
E-mail address: Jonathan.Kline@JKLawFL.com

Jonathan Kline, P.A.
2761 Executive Park Drive
Weston, Florida 33331
(954) 659-1919 Telephone
(954) 659-9937 FAX
Attorney for Plaintiff(s)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed by CM/ECF

and copies furnished by Electronic Mailing to: Peter W. van den Boom, Esq., P.O. Box 2188,

Bartow, FL 33831-2188 on this 18TH day of November 2008.

s/ Jonathan Harris Kline
By: Jonathan Kline, Esq.
Florida Bar No.: 6092
E-mail address: Jonathan.Kline@JKLawFL.com

Jonathan Kline, P.A.
2761 Executive Park Drive
Weston, Florida 33331
(954) 659-1919 Telephone
(954) 659-9937 FAX
Attorney for Plaintiff(s)