```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION


JOSE MARTINEZ,

                Plaintiff,

vs.                                 Case No.  2:08-cv-611-FtM-29SPC

TRG OASIS (TOWER TWO) LTD, LP a
Florida limited partnership; TRG
OASIS LOWER (TOWER TWO), LLC a
Florida limited liability company;
THE RELATED GOUP OF MIAMI, INC. a
Florida profit corporation; JORGE M.
PEREZ; ROBERTO ROCHAS; MATHEW ALLEN;
JEFFREY HOYOS; HELEN WEINSTOCK; GARY
ARTHUR,

                Defendants.
_____
```

**ORDER**

This cause is before the Court on plaintiff's Notice of Dismissal Without Prejudice (Doc. #24) filed on November 18, 2008. No answers or motions for summary judgment have been filed by any of the defendants. Therefore, a voluntary dismissal is permissible.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1), this action is **DISMISSED** without prejudice.  The Clerk shall enter a separate judgment

accordingly, terminate all previously scheduled deadlines and pending motions, and close the file.

**DONE AND ENTERED** at Fort Myers, Florida, this __18th__ day of November, 2008.

_____
JOHN E. STEELE
United States District Judge

Copies to:
Parties of record
DCCD